## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 124, AFL-CIO.

No. 16070.

United States Court of Appeals
Eighth Circuit.

Sept. 2, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

## BETTER LIVING, INC., a Corporation, Carl Mickelson and Fred E. Block, Individually and as Officers of said Corporation, and Also as Partners Trading as Aluminum Storm Window Company, Petitioners,

v.

## FEDERAL TRADE COMMISSION, Respondent.

No. 12544.

United States Court of Appeals
Third Circuit.

Argued Sept. 18, 1958.

Decided Oct. 8, 1958.

Before GOODRICH, STALEY and HASTIE, Circuit Judges.

Joseph Lurie, Philadelphia, Pa. (Isadore A. Schrager, Philadelphia, Pa., on the brief), for petitioners.

James E. Corkey, Washington, D. C. (Earl W. Kintner, Gen. Counsel, James E. Corkey, Asst. Gen. Counsel, Alvin L. Berman, Atty., Washington, D. C., on the brief), for Federal Trade Commission.

PER CURIAM.

This is a petition for review of an order of the Federal Trade Commission directing the petitioner to cease and desist from certain business practices dealing chiefly with its advertisements. There is no law question in the case. The fact conclusions reached by the Commission have adequate support in the evidence presented.

The order of the Federal Trade Commission will be affirmed.

## UNITED STATES of America, Appellant,

v.

## SIOUX INDIANS OF STANDING ROCK RESERVATION et al.

No. 16062.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1958.

Clinton G. Richards, U. S. Atty., Sioux Falls, S. D., Horace R. Jackson, Asst. U. S. Atty., Lemmon, S. D., Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Atty., Department of Justice, Washington, D. C., for appellant.

Marvin J. Sonosky, Washington, D. C., for appellees.

PER CURIAM.

Motion of appellant to vacate judgment of District Court granted, and cause remanded to the District Court with directions to dismiss as moot.